IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALONSO GAMON, ADC # 155603A                                                         PETITIONER

v.                              Case No. 2:15-CV-02028

WENDY KELLY, Director,
Arkansas Department of Correction                                                   RESPONDENT

## O R D E R

The Court has received proposed findings and recommendations (Doc. 10) from United States Magistrate Judge Mark E. Ford.  No objections have been filed, and the deadline for filing objections has passed.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

Accordingly, for the reasons stated in the Magistrate's report and recommendation, IT IS ORDERED that Mr. Gamon's petition is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 9th day of July, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE