IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALONSO GAMON, ADC # 155603A                                    PETITIONER

v.                              Case No. 2:15-CV-02028

WENDY KELLY, Director,
Arkansas Department of Correction                              RESPONDENT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that Alonso Gamon's petition is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 9th day of July, 2015.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE